**Order filed January 24, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00859-CV
_____

**JEREMY CHARLES, Appellant**

**V.**

**VICTORIA GARDEN/MURRAY HILL APARTMENTS, Appellee**

On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 11-CCV-045792

## O R D E R

Appellant's brief was due January 2, 2013. No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **February 15, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM